# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Clarence D. Lewis
River Bend DOC No. 123525
9450 Hwy 65 South
Lake Providenc LA 71254

**REHEARING ACTION: July 17, 2013**

**Docket Number: 12   00985-KH**

**STATE OF LOUISIANA**
**VERSUS**
**CLARENCE D. LEWIS**

**Writ Application from Lafayette Parish Case No. 10-CR-130950**

**BEFORE JUDGES:**

**Hon. Jimmie C. Peters**
**Hon. Billy Howard Ezell**
**Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Clarence D. Lewis** has this day been

**DENIED.**

cc: Michael Harson, Counsel for  the Respondent